

Jonathan L. Adler
jadler@steinadlerlaw.com

April 16, 2018

**VIA ECF**
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room 925S
Brooklyn, New York 11201

Re: Cooper, et al. v. Calvary Staffing, LLC, et al., Docket No. 14-cv-3676

Dear Judge Block,

We are counsel for defendant Calvary Staffing, LLC in the above-captioned matter. Pursuant to this Court's February 9, 2018 Order granting final approval of the class and collective action settlement in this matter (ECF No. 253-8), Calvary was supposed to deposit the settlement funds in the Qualified Settlement Fund by April 13, 2018, which it was unable to do. Calvary's counsel has been in touch with Plaintiff's counsel to discuss the issue and requests a telephonic or in-person conference with the Court at its earliest convenience to seek further guidance.

Respectfully submitted,

Jonathan L. Adler

Cc: All Counsel of Record